Case 2:18-cv-00957-SJF-GXB   Document 10   Filed 05/25/18   Page 1 of 1 PageID #: 28

F I L E D
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

★ MAY 25 2018 ★

LONG ISLAND OFFICE

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

---

Lisa Sells individually and on behalf of
all others similarly situated,

                              Plaintiff,

v.

CAC Financial Corp.

       Jury Demanded

                              Defendant.

---

No. 18 cv 957

CLASS ACTION

## STIPULATION OF DISMISSAL

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned, the attorneys of record for all parties that whereas no party hereto is an infant, incompetent person for whom a committee has been appointed or conservatee and no person not a party has an interest in the subject matter of the action, the above-entitled action be, and the same hereby is discontinued with prejudice and without costs or attorney fees to either party.

S//JOSEPH M. MAURO
Joseph M. Mauro
306 McCall Ave.
West Islip, NY 11795
Attorney for Plaintiff

5/24/2018
Date

S// RICHARD J. PERR
**Richard J. Perr**
Fineman Krekstein & Harris, P.C.
Ten Penn Center, Suite 1100
1801 Market Street
Philadelphia, PA 19103

5/25/2018

The Clerk of the Court shall close this case.
So Ordered.
5/25/18

s/ Sandra J. Feuerstein

U.S.D.J.